E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Tel. (925) 278-6680
Fax. (925) 955-1655
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>    Bruce Blankenhorn<br><br><br><br><br>                       Debtor | Chapter 13 Case No.: 24-10004-DM<br><br>OPPORTUNITY FOR HEARING ON MOTION TO VALUE AND AVOID WHOLLY UNSECURED LIEN OF 3RD DEED OF TRUST IN FAVOR OF JEFF RICHARDSON |

    PLEASE TAKE NOTICE that the Debtor has filed a motion to value and avoid the wholly unsecured Lien Of 3rd Deed of Trust in favor of Jeff Richardson, which is attaching to the real property commonly known as 455 Cross St, Napa, CA 94559. Granting of this motion will render this creditor unsecured as to this lien. Parties in interest are urged to review the Motion to Value and Avoid Wholly Unsecured Lien Of 3rd Deed of Trust in favor of Jeff Richardson.

    PLEASE TAKE NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ANY OBJECTION TO THE RELIEF REQUESTED HEREUNDER, OR ANY REQUEST FOR A HEARING HEREON, MUST BE FILED AND

SERVED ON DEBTOR AND ITS ATTORNEYS OF RECORD HEREIN WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 (b)(3)(A)(iv) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, IF A TIMELY OBJECTION HERETO OR A TIMELY REQUEST FOR A HEARING HEREON IS MADE, IT SHALL BE THE RESPONSIBILITY OF DEBTOR AND/OR ITS ATTORNEY OF RECORD HEREIN TO GIVE AT LEAST SEVEN (7) DAYS' WRITTEN NOTICE TO THE OBJECTING OR REQUESTING PARTY AND ANY TRUSTEE OR COMMITTEE APPOINTED HEREUNDER.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT ANY OBJECTION HERETO OR REQUEST FOR A HEARING HEREON MUST BE ACCOMPANIED BY ANY DECLARATION OR MEMORANDA OF LAW THE OBJECTION OR REQUESTING PARTY WISHES TO PRESENT IN SUPPORT OF ITS POSITION.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 (b)(3)(A)(iii) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT IF NO TIMELY OBJECTION HERETO IS RAISED OR IF NO TIMELY REQUEST FOR A HEARING HEREON IS MADE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT HEREUNDER BY DEFAULT.

Date: January 24, 2024         /s/ E. Vincent Wood
                                          E. Vincent Wood, Attorney for Debtor