E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Tel. (925) 278-6680
Fax. (925) 955-1655
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Bruce Blankenhorn<br><br>Debtor | Case No.: 24-10004-DM<br><br>Chapter 13<br><br>EXHIBIT A TO ORDER VALUING WHOLLY UNSECURED LIEN OF 3RD DEED OF TRUST IN FAVOR OF JEFF RICHARDSON |

Exhibit A to Order Valuing Wholly Unsecured Lien Of 3rd Deed Of Trust in favor of Jeff Richardson, a property description of 455 Cross St, Napa, CA 94559, is attached on the following page.

Date: February 16, 2024        /s/ E. Vincent Wood
                               E. Vincent Wood, Attorney for Debtor

Locate No.

Title No 0794-AF
0794

## LEGAL DESCRIPTION

### EXHIBIT "A"

The land referred to herein is situated in the State of California, County of Napa, City of Napa, and is described as follows:

Parcel One:

Commencing at a point on the Westerly Line of Cross Street, distant thereon 212 feet Southerly from the point of intersection thereof with the Southern line of Oak Street; and running thence Southerly, along said line of Cross Street, 38 feet; thence at right angles, Westerly 150 feet; thence at right angles Northerly 38 feet; and thence at right angle Easterly 150 feet to the point commencement.

Being the Southern 38 feet of Lot 7, in Block 2, as the same are shown upon that certain Map entitled, "Plan of the Town of Napa Abajo, in the Napa County", recorded April 22, 1857 in Book D of Deeds at Page 110 in the Office of the County Recorder of said Napa County.

Parcel Two:

A non-exclusive easement for access, five feet in width over apn 5-102-008 in favor of apn 5-102-009, the Southwesterly line being more particularly described as follows:

Commencing at the most southern corner of the tract of land described in the deed to Iversen Family Trust dated June 13, 1997, Iver Iversen, Trustee, recorded August 14, 1997 under Series No. 1997-018655 of Official Records, Napa County Records; thence along the Southwestern line of said Lands of Iversen Northwesterly 150 feet more or less to the most Western corner thereof.

Said easement is appurtenant to and for the benefit of the property described in that certain Grant Deed recorded April 22, 2003 as Series Number 2003-0021005, Napa County Official Records.

APN: 005-102-009

Case: 24-10004   Doc# 50   Filed: 02/16/24   Entered: 02/16/24 09:15:22   Page 2 of 2