# EXHIBIT B

JAMES A. SHEPHERD SBN 264400
**SHEPHERD & WOOD LLP**
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Tel (925) 954-7554
Fax (925) 281-2341
Email: jim@shepwoodlaw.com

Counsel for Debtor
BRUCE BLANKENHORN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>BRUCE BLANKENHORN,<br><br>Debtor. | Case. No. 24-10004 DM<br><br>Chapter 13<br><br>**DEBTOR'S DECLARATION IN SUPPORT OF OBJECTION TO CLAIM OF GULF HARBOUR INVESTMENTS CORPORATION (CLAIM NO. 3-1)**<br><br>Date: June 5, 2024<br>Time: 10:10 a.m.<br>Place: Telephonic/Videoconference<br>99 South E Street<br>Santa Rosa, CA 95404<br>Judge: Hon. Dennis Montali |

I, BRUCE BLANKENHORN, declare:

1. I am the debtor in this Chapter 13 case. All facts herein are based on my personal knowledge, or if stated on information and belief, I believe the same to be true. I am over the age of 18 and competent to testify in court as to these facts.

2. On or about February 22, 2006, I signed loan documents for a home equity line of credit (HELOC) with a maximum credit line of $146,250. At closing I took out an initial advance draw of $40,000. I only took this one advance draw of $40,000 at closing and I never took any additional draws.

3. Over a period of approximately two years during 2006-2008, I made payments that averaged over $1000 per month. My goal was to pay down the $40,000 HELOC obligation quickly and not make just the minimum payment. As a result of the market crash of 2008, I was not able to continue making payments.

4. As a practice, I only retain my bank records for 5 years. All my banking records have been purged from the period of 2006-2008. I searched for relevant records from this period but was unable to locate any.

5. I have reviewed a draw request provided by the loan servicer and signed by me on March 27, 2006, for $146,250. I do not recall signing this draw request but, in any event, I am informed that the request was declined as there was not sufficient credit availability under my HELOC to take a draw in that referenced amount.

Executed this 30th day of April, 2024 in Napa, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Bruce Blankenhorn