| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Bruce** _First Name_ | **Blankenhorn** _Middle Name_ _Last Name_ |
| Debtor 2 (Spouse if, filing) | _First Name_ | _Middle Name_ _Last Name_ |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | 24-10004 | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | | $12,583.00 | $13,742.00 | $0.00 |

**Chase Auto Finance**
_Creditor's Name_

**Describe the property that secures the claim:**

**2014 Porsche Panamera S E-Hybrid**
**117,500 miles**
**Fair Condition**
**Location: 3274 San Pablo Way,**
**Union City, CA 94559**

**700 Kansas Lane**
**Monroe, LA 71203**
_Number, Street, City, State & Zip Code_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

**Date debt was incurred**  **Opened 12/18 Last Active 11/27/23**

**Last 4 digits of account number**  **5300**

---

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

Case: 24-10004    Doc# 75    Filed: 05/03/24    Entered: 05/03/24 11:57:43    Page 1 of 4

| Debtor 1 | Bruce Blankenhorn | | Case number (if known) | 24-10004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### 2.2 Emergency Services Restoration Inc.
Creditor's Name

4435 W. 153rd St
Lawndale, CA 90260
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
455 Cross St Napa, CA 94559  Napa County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

$1,884.21     $675,000.00     $1,884.21

Date debt was incurred  7/12/2016     Last 4 digits of account number  6856

---

### 2.3 Fay Servicing
Creditor's Name

1601 LBJ Freeway, Suite 150
Dallas, TX 75234
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
455 Cross St Napa, CA 94559  Napa County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **First Mortgage**

$407,935.12     $675,000.00     $0.00

Date debt was incurred  3/3/2006     Last 4 digits of account number  6300

---

### 2.4 Franchise Tax Board
Creditor's Name

PO Box 942867
Sacramento, CA 94267
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
455 Cross St Napa, CA 94559  Napa County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Tax Lien for 2012, 2010**

$54,617.85     $675,000.00     $54,617.85

Date debt was incurred  4/20/2016     Last 4 digits of account number  9353

---

| Debtor 1 | **Bruce** Blankenhorn | | Case number (if known) | **24-10004** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

| 2.5 | **Franchise Tax Board** | Describe the property that secures the claim: | $21,996.83 | $675,000.00 | $21,996.83 |
|---|---|---|---|---|---|
| | Creditor's Name | **455 Cross St Napa, CA 94559  Napa County** | | | |

**PO Box 942867
Sacramento, CA 94267**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Tax Lien for 2007**

Date debt was incurred   **2/1/2022**           Last 4 digits of account number   **2095**

| 2.6 | **Franchise Tax Board** | Describe the property that secures the claim: | $15,418.06 | $675,000.00 | $15,418.06 |
|---|---|---|---|---|---|
| | Creditor's Name | **455 Cross St Napa, CA 94559  Napa County** | | | |

**Special Procedures Section
PO Box 2952
Sacramento, CA 95812-2952**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Tax Lien for 2007**

Date debt was incurred   **4/12/2012**           Last 4 digits of account number   **9496**

| 2.7 | **Jeff Richardson** | Describe the property that secures the claim: | $100,000.00 | $675,000.00 | $100,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **455 Cross St Napa, CA 94559  Napa County** | | | |

**c/o Terrace Associates
926 Woodside Road
Redwood City, CA 94062**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Third Mortgage**

Date debt was incurred   **4/19/2006**           Last 4 digits of account number

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce Blankenhorn** | Case number (if known) | **24-10004** |
| | First Name  Middle Name  Last Name | | |

| 2.8 | **Specialized Loan Servicing, LLC** | Describe the property that secures the claim: | $267,064.88 | $675,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**455 Cross St Napa, CA 94559  Napa County**

**6200 S. Quebec Street, Suite 300
Englewood, CO 80111**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Second Mortgage – Only 1 Draw $40,000 in 2006**

Date debt was incurred  **3/3/2006**     Last 4 digits of account number  **5258**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$881,499.95** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$881,499.95** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Affinia Default Services, LLC
Attn: Foreclosure Dept.
301 E. Ocean Blvd, Suite 1720
Long Beach, CA 90802**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number  ___
Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 4

Case: 24-10004   Doc# 75   Filed: 05/03/24   Entered: 05/03/24 11:57:43   Page 4 of 4