

1  Kirsten Martinez, SBN 310674
2  Bonial & Associates, P.C.
   3160 Crow Canyon Place, Suite 215
3  San Ramon, California 94583
   Telephone: (213) 863-6010
4  Fax: (213) 863-6065
   Kirsten.Martinez@BonialPC.com
5
6  Attorney Secured Creditor, Gulf Harbour
   Investments Corporation as serviced by NewRez
7  LLC d/b/a Shellpoint Mortgage Servicing

**Signed and Filed: October 10, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Bruce  Blankenhorn<br>aka Bruce A. Blankenhorn<br>aka Bruce Allan Blankenhorn<br>dba Wealth Business Alliance<br><br><br><br><br>Debtor. | Case No. 24-10004<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION RE:**<br>**DEBTOR'S OBJECTION TO CLAIM**<br><br>Hearing:<br>Date:   October 9, 2024<br>Time:  10:00 AM<br>Place:  Tele/Videoconference |

Pursuant to the Stipulation Re: Debtor's Objection to Claim (the "Stipulation") filed on October 9, 2024 by Gulf Harbour Investments Corporation as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") as docket #105, and GOOD CAUSE APPEARING, the Stipulation is hereby approved and made an Order of the Court.

**\*\*END OF ORDER\*\***

ORDER RE: STIPULATION                                    1                                    7769-N-4886

1 <u>COURT SERVICE LIST</u>

2 <u>Debtor</u>

3 Bruce Blankenhorn

4 455 Cross St

5 Napa, CA 94559

6

7 ALL OTHERS SERVED BY ECF

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: STIPULATION                    2                                                          7769-N-4886